UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| DOROTHY CRENSHAW, | ) |
| Plaintiff, | ) |
| vs. | ) No. 4:03-CV-1834 (CEJ) |
| CHATTEM, INC. and THE DELACO COMPANY f/k/a THOMPSON MEDICAL COMPANY, INC., | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

In accordance with plaintiff's notice of dismissal,

**IT IS HEREBY ORDERED** that this action is **dismissed with prejudice**.

The parties shall bear their respective costs.

_____
CAROL E. JACKSON
UNITED STATES DISTRICT JUDGE

Dated this 7th day of February, 2007.